UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST;

Civil File No. 00-2673 ADM/AJB

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

GREAT WESTERN CORPORATION,

Defendant.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned matter with prejudice.

Dated: May 8, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED MAY 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by the Plaintiffs, this matter is dismissed with prejudice.

Dated: May 9, 2001

The Honorable Ann D. Montgomery
Judge of District Court